# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **INTERCALL, INC.,** | ) | 8:05CV572 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| **TQSC II LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 13). The court, being fully advised of the premises, finds that the Joint Stipulation for Dismissal with Prejudice should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 13) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 23rd day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge